Ryan C. Thomason (SBN 325621)
*rcthomason@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
**Telephone:  (949) 475-9200**
**Facsimile:   (949) 475-9203**

Attorneys for Defendant
CITIBANK, N.A.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMAR SHAHID, | CASE NO.: 2:23-cv-00283-DJC-KJN |
| Plaintiff, | Judge: Honorable Daniel J. Calabretta |
| v. | **JOINT MID-DISCOVERY STATEMENT** |
| CITIBANK, N.A., | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

<u>**JOINT MID-DISOCVERY STATEMENT**</u>

Plaintiff filed his verified complaint on February 15, 2023 alleging: (1) Violation of the Electronic Fund Transfer Act; and (2) Breach of Contract. *See* Dkt. No. 1.  Defendant answered on March 31, 2023. *See* Dkt. No. 5.

On June 8, 2023, Plaintiff served written discovery on Defendant, specifically Plaintiff served his First Set of Requests for Production of Documents.

While conferring concerning Defendant's responses to Plaintiff's First Set of Requests for Production of Documents, counsel for both parties reached the conclusion that an extension of the discovery deadline in this case would be beneficial.  The parties decided to file the stipulation submitted to the court herewith.

///

///

**STIPULATION**

1        The requested discovery cut-off dates in the Joint Scheduling Report submitted by the Parties, *see* Dkt. No. 10, contemplated a January 2024 trial date.  As the trial date is set for August 26, 2024, Plaintiff and Defendant would like to extend the discovery deadlines to allow counsel for both Plaintiff and Defendant to have sufficient time to review discovery, propound additional discovery if necessary, and engage in meet and confer efforts for any deficient responses and/or file motions to compel if necessary.

2        The parties respectfully seek leave of court to extend the Fact Discovery cut-off from September 15, 2023, to December 15, 2022.

3        The Parties do not anticipate any expert discovery in this case.

4        The Parties propose that if the Court is inclined to grant this request, it set require another Joint Mid-Discovery Statement to be filed with the Court on or before October 6, 2023.

5        The requested extension would have no impact on the existing due date or hearing date for: (1) the last hearing date for motions (April 11, 2024); (2) the final pretrial conference date (June 27, 2024); or (3) the trial date (August 26 2024).

6        There **have not** been prior requests for extensions.

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

4615463.1

Specific, concrete reasons support good cause for granting of the extension. The requested extension will allow counsel more time to serve follow-up discovery, if necessary, and will not imperil the Parties' ability to satisfy any other deadlines, or prepare for, any other hearings scheduled in the Court's scheduling order.

DATED:  July 6, 2023                    WOLFE & WYMAN LLP


By:   _/s/ Ryan C. Thomason_____
      RYAN C. THOMASON
      Attorneys for Defendant
      **CITIBANK, N.A.**


DATED:  July 6, 2023                    KNEUPPER & COVEY, PC


By:   _____
      A.  LORRAINE WEEKES
      Attorney for Plaintiff
      **UMAR SHAHID**

3

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

# ORDER

For good cause and pursuant to the above Stipulation of the Parties, IT IS
HEREBY ORDERED that:

1.  All discovery to be completed by December 15, 2023; and
2.  The Joint Mid-Discovery Statement to be filed with the Court on or before October
    6, 2023.

IT IS SO ORDERED.

Dated:  July 7, 2023                    /s/ Daniel J. Calabretta
                                        ─────────────────────────────
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE