**KNEUPPER & COVEY, PC**
A. Lorraine Weekes (CA SBN: 332369)
lorraine@kneuppercovey.com
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647
Tel: 215-999-9767
Fax: 855-596-3707

*Attorney for Plaintiff Umar Shahid*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMAR SHAHID,<br><br>                          Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>                          Defendants. | Case No.: 2:23-cv-00283-DJC-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br><br>Judge: Daniel J. Calabretta<br><br>Complaint filed on February 15, 2023 |

# ORDER

For good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

1. All discovery to be completed by January 15, 2024.

IT IS SO ORDERED.

Dated:  December 19, 2023        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE